IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR PANDURO,<br><br>   Plaintiff,<br><br>vs.<br><br>JOHN DOVEY, et al.,<br><br>   Defendants. | No. C 07-05134 TEH (PR)<br><br>ORDER OF DISMISSAL AND INSTRUCTIONS TO THE CLERK |

On October 5, 2007, Plaintiff filed a pro se civil rights action in this Court. On that same day, the Court sent a notification to Plaintiff informing him that he had neither paid the filing fee nor submitted a completed application for leave to proceed in forma pauperis. The Court provided a copy of the correct in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if Plaintiff failed to pay the fee or file the completed application within thirty days. More than thirty days has passed and Plaintiff has not responded. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee.

The Clerk shall close the file and enter judgment in this matter.

IT IS SO ORDERED.

DATED: March 20, 2008

THELTON E. HENDERSON
United States District Judge