IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR PANDURO,<br><br>  Plaintiff,<br><br>  vs.<br><br>JOHN DOVEY, et al.,<br><br>  Defendants. | No. C 07-05134 TEH (PR)<br><br>JUDGMENT |

For the reasons stated on the order of dismissal, this case is DISMISSED without prejudice. Judgment is entered accordingly.

IT IS SO ORDERED.

DATED: 03/27/08

THELTON E. HENDERSON
United States District Judge